## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 2 MAL 2015
:
               Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
     v. :
:
:
:
HARVEY ELWOOD DEMMITT, JR., :
:
              Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.